421 A.2d 205

**WARREN CAR COMPANY and Travelers Insurance Company**

**v.**

**WORKMEN'S COMPENSATION APPEAL BOARD and Wesley M. Cressley.**

**Appeal of Wesley M. CRESSLEY.**

Supreme Court of Pennsylvania.

Argued Sept. 24, 1980.

Decided Nov. 3, 1980.

Bernard J. Hessley, Warren, for appellant.

James P. Lay, III, Gifford & Lay, Erie, for appellee.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted. 41 Pa.Cmwlth. 141, 398 A.2d 753.